| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:16-CR-26 |
| | § | |
| CHRISTOPHER CRAMER (1) | § | |

## VERDICT OF THE JURY

QUESTION 1: As to the offense charged in Count 1 of the Superseding Indictment, murder in the first degree, we, the Jury, find CHRISTOPHER CRAMER:



    (Guilty)          (Not Guilty)

If your response to Question 1 is "guilty," your deliberations are complete. If you did not answer "guilty" as to Question 1, or if after all reasonable efforts, you are unable to reach a verdict, then you should consider Question 2. Do not answer Question 2 if your response to Question 1 is "guilty."

QUESTION 2: As to the lesser included offense of murder in the second degree, we, the Jury, find CHRISTOPHER CRAMER:

    (Guilty)          (Not Guilty)



5-9-18
Date

CM
Foreperson's Initials