# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Texas

USA

vs.

Defendants' Exhibit List
CASE NUMBER: 1:16cr26

CHRISTOPHER EMORY CRAMER
RICKY ALLEN FACKRELL

| PRESIDING JUDGE<br>Marcia A. Crone | PLAINTIFF'S ATTORNEYS<br>Joseph Batte/John Craft/Sonia Jimenez | DEFENDANT'S ATTORNEY<br>Patrick Black/Douglas Barlow/Robert Morrow/Gerald Bourque |
|---|---|---|
| Trial<br>4/30/2018 | COURT REPORTER<br>Tonya Jackson and Chris Bickham | COURTROOM DEPUTY<br>Patricia Leger Anding |

| PLTF NO. | DEF. NO. | OFFERED | OBJECTION | DATE ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | X |  |  | Transcript - Excerpt of Voir Dire dated 4/12/2018<br>(admitted for purposes of hearing dated 4/30/2018) |
|  | 2 | X |  |  | Incident Review Report [not admitted]<br>**(to be included in the record)** |