Incident Review Report
FCC Beaumont - USP
June 13, 2014
Page 9 of 10

Inmate ▮ "Your brother made a deal with his people. With the SAC (Soldiers of Aryan Culture) guys, that he wasn't going to be using drugs anymore and that he wasn't going to be drinking anymore. And no one deserves what happened to him bro, nobody deserves that. And I didn't see it coming at all, but he didn't hold up his end of the deal man. And those dudes are serious man."

▮ "I know, I know. And he thought this was going to happen a year ago."

Inmate ▮ "He kept fucking up, he kept doing the shit bro. And he don't deserve that shit at all but,"

▮ "Your right though, these people aren't kids their not playing around. He knew what he was getting involved with, you know."

Inmate ▮ "And before he went on that WRIT, he stole some shit from his cellie. He stole some shit from his cellie, who was another member of SAC."

▮ "Yeah."

Inmate ▮ "And they gave him a pass on it, which is unheard of dude. It's unheard of. But they beat him."

▮ "That's what happened. He got a violation that time? Ok."

Inmate ▮ "And then, the deal was they we're going to whoop his ass. He was going to be discipline you for it. And you don't get high no more, you don't drink, you don't do any of that shit that led you to steal that shit from your brother."

▮ "Yeah."

Inmate ▮ "And he did it man, he kept doing it."



DEFENDANT'S EXHIBIT
CASE NO. 1:16CR26
EXHIBIT NO. 2