# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | CRAMER EXHIBIT LIST PHASE III |
|---|---|
| V. CHRISTOPHER EMORY CRAMER RICKY ALLEN FACKRELL | Case Number: 1:16cr26 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JUDGE MARCIA CRONE | Joe Batte/John Craft/Sonia Jimenez | G. Patrick Black/Douglas Barlow/Robert Morrow/ Gerald Bourque |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| May 14 – June 12, 2018 | Tonya Jackson/Chris Bickham | Patricia Anding/FaithAnn Laurents |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 3 | 5/29 | X | X | Photo - Cramer as a child in church |
| | 4 | 5/29 | X | X | Photo - of Darla, Lorenzo, baby and other family members |
| | 5 | 5/29 | X | X | Photo – Pastor Miller and wife |
| | 6 | 5/29 | X | X | Photo – Front of church |
| | 7 | 5/29 | X | X | Photo – Joellar Hubbard |
| | 8 | 5/29 | X | X | Photo – Graduation 2005 |
| | 9 | 5/30 | X | X | Photo – Cramer and his mother (Darla Dillon) |
| | 10 | 5/30 | X | X | School Records – Clackamas School District, Oklahoma City Public Schools and Marysville Joint Unified School District |
| | 11 | 5/30 | X | X | Prison Records |
| | 12 | 5/30 | X | X | School Record – Oklahoma City Public School |
| | 13 | 5/30 | X | X | School Record – Oklahoma City Public School |
| | 14 | 5/30 | X | X | Dr. Dan Roberts - Report |
| | 15 | 5/30 | X | X | Dr. Barbara Belbot - Report |
| | 16 | 5/30 | X | X | Mr. Tim Gravette - Report |
| | 17 | 6/6/18 | X | X | Dr. John Fabian - Report |
| | 18 | 5/30 | X | X | Photo – Aerial view of FCI - Talladega, Alabama |
| | 19 | 5/30 | X | X | Photo – Federal Detention Center - Miami, Florida |
| | 20 | 5/30 | X | X | Photo – FCI – Edgefield, South Carolina |
| | 21 | 5/30 | X | X | Photo – Federal Complex – Beaumont, Texas |
| | 22 | 5/30 | X | X | Photo – FCI – Three Rivers, Texas |

| | | | | | |
|---|---|---|---|---|---|
| | 23 | 5/30 | X | X | Photo – Aerial view of USP Administrative Maximum Facility |
| | 24 | 5/30 | X | X | Photo – ADX Inmate Cell View From Inside to Outside |
| | 25 | 5/30 | X | X | Photo – Typical ADX Cell Dimensions |
| | 26 | 5/30 | X | X | Photo – Two Inmate Cells Side by Side |
| | 27 | 5/30 | X | X | Photo – ADX Inmate Cell Showing Cell Window |
| | 28 | 5/30 | X | X | Photo – Typical Inmate Cell Door |
| | 29 | 5/30 | X | X | Photo – Inmate Cell View from the Outside Looking In |
| | 30 | 5/30 | X | X | Photo – ADX Inmate Cell Sink/Toilet Combination, Desk, Light and Sitting Stool |
| | 31 | 5/30 | X | X | Photo – Inmate Cell with Television, Shower, Concrete Bunk with Mattress, Desk with sitting stool |
| | 32 | 5/30 | X | X | Photo - ADX Inmate Cell |
| | 33 | 5/30 | X | X | Photo - Inner View Inmate Cell Sallyport |
| | 34 | 5/30 | X | X | Photo - Outer View Inmate Sallyport |
| | 35 | 5/30 | X | X | Photo - ADX Inmate Inside Recreation Area |
| | 36 | 5/30 | X | X | Photo - Additional View Inside Inmate Recreation Area |
| | 37 | 5/30 | X | X | Photo - Indoor Recreation Entrance Door |
| | 38 | 5/30 | X | X | Photo - Typical Range of Inmate Cells |
| | 39 | 5/30 | X | X | Photo - Range View Inmate Cells |
| | 40 | 5/30 | X | X | Photo - Upper and Lower Range Entrance Doors |
| | 41 | 5/30 | X | X | Photo - Lower Range Entrance Door |
| | 42 | 5/30 | X | X | Photo - Recreation Entrance Door |
| | 43 | 5/30 | X | X | Photo - ADX Inmate Outdoor Recreation Area |
| | 44 | 5/30 | X | X | Photo - Outdoor Recreation Access Door |
| | 45 | 5/30 | X | X | Photo - Bus Sallyport Entrance |
| | 46 | 5/30 | X | X | Photo - Receiving and Discharge Entrance Door |
| | 47 | 5/30 | X | X | Photo - Receiving and Discharge Door Inner View |
| | 48 | 5/30 | X | X | Photo - Receiving and Discharge Intake Area |
| | 49 | 5/30 | X | X | Photo - ADX Inmate Visiting Room |
| | 50 | 5/30 | X | X | Document – Soldiers of Aryan Culture – Introduction For All Members |