

Government's Exhibit 1F 1:16-CR-26