Government's Exhibit
2B
1:16-CR-26