

Government's Exhibit 2M
1:16-CR-26