

Date: 5-21-04    Time: 6:30pm
Photo Of: Face and Hands
Location: Echo-B
Case #: FU 04105
Staff: A. Clayton



Date: 5-21-04    Time: 6:30pm
Photo Of: Lower back
Location: Echo-B
Case #: FU04405
Staff: A. Clayton

**Government's Exhibit 17A 1:16-CR-26**