

# United States Penitentiary Hazelton
### Photo Sheet



| Date: | Time of incident: | Institution: | Location of incident: |
|---|---|---|---|
| May 21, 2008 | 1:15pm | USP Hazelton | D-B Unit |

| Inmate Name: | | Inmate Number: | |
|---|---|---|---|
| Fackrell, Ricky | | 12324-081 | |

Photo Taken By:  C Humphrey, Senior Officer Specialist

**Description:  Injuries received during assault in D-B Unit**

SEN... Government's Exhibit 18D 1:16-CR-26 ...ICIAL USE