Page 1 of 1

## Davis County Sheriff's Office
### Booking Information

Date/Time: 06/10/2016 10:29



| | |
|---|---|
| Booking # | : 200301845 |
| Name | : CRAMER, CHRISTOPHER EMERY |
| Address | : ▮ |
| City | : OGDEN        UT ▮ |
| Phone | : ▮ |
| DOB | : 05/12/1982    SSN: ▮ |
| POB/COB: | : OGDEN        UTAH |
| Gender | : M    Marital: Single |
| Height | : 600    Weight: 240 |
| Eyes: | : Hazel    Hair: Brown |
| Driver Lic. # | : UT |
| Employer | : UNEMP |
| Occupation | : UNEMP |
| Housing Unit | : D*2*L |
| Status | : Released |
| Release Date: | 06/05/2003 |
| Release Date: | 06/05/2003 |

| | |
|---|---|
| Arrest Date | : 03/14/2003  Time: 10:37 |
| Arr. Agency | : CLEARFIELD PD |
| Arr. Officer | : 4G44 POTTS, L. |
| Arr. Location: | 214 E 1800 S CLEARFIELD, UT |
| Supervisor | : 1G0391 CALLISTER, W. |
| SID # | : |
| OTN | : 14187991 |
| Date Booked : | 03/14/2003  Time: 12:21 |
| Booked by | : 1G106B 1G106B |
| Date Rec. | : 03/14/2003  Time: 11:43 |
| Received by | : 1G106B 1G106B |
| Photo Date | : 03/14/2003  Time: 11:48 |
| Photo by | : 1G0278 1G0278 |
| Search by | : 1G0278 MEYER R. |
| Search type | : Level 1 |

Gang:

Gang Set:

### Emergency Information
SCOTT, JESSIE ANN    Aunt    ▮    ROY UT ▮

### Scars, Marks and Tattoos
TATTOO(S) FOREARM LEFT - County
TATTOO(S) FOREARM RIGHT - Big
TATTOO(S) NECK - bulldog
TATTOO(S) ARM RIGHT UPPER - big country

### Classification Information
Billing Agency  US Marshal
Security       Medium

### Alias's

### Charge/Warrant Information

| Type | Length | Commit # | Credit | Charge Desc | Court | Fine Type | Bail |
|---|---|---|---|---|---|---|---|
| Bail Committment | 0 | 031700462 | 0 | 1211 Robbery Banking Type Institution | Farmington Second District Court | Bondable | 50,000.00 |
| Bail Committment | 0 | " | 0 | 1211 Robbery Banking Type Institution | Farmington Second District Court | N/A | |
| Bail Committment | 0 | " | 0 | 2399 Theft Free Text | Farmington Second District Court | N/A | |
| Bail Committment | 0 | " | 0 | 2404 Vehicle Theft | Farmington Second District Court | N/A | |
| Bail Committment | 0 | " | 0 | 1315 Aggravated Assault Weapon | Farmington Second District Court | N/A | |
| Warrant of Arrest | 0 | 01-7594 | 0 | 5456 No valid driver's license | Box Elder County Justice Court | No Bail | 0.00 |
| Detainer | 0 | | 0 | 8503 HOLD-U.S. MARSHAL | Federal Marshals Service | No Bail | |

Cash Bail: $0.00    Bondable Bail: $50,000.00    Fines: $0.00    Total Bail: $50,000.00