


Cramer, Christopher, Reg. No. 10422-081. 06-19-2006. 3:00pm. Photos of face right and left hands, and chest. Photos taken by R. Roy, SIS Phone Monitor.







Government's
Exhibit
20A
1:16-CR-26