

Government's
Exhibit
21F
1:16-CR-26