

# United States Penitentiary Hazelton
## Photo Sheet



| Date: | Time of incident: | Institution: | Location of incident: |
|---|---|---|---|
| November 18, 2008 | 6:10pm | USP Hazelton | SHU Range #6, cell #258 |

| Inmate Name: | Inmate Number: |
|---|---|
| Fackrell, Ricky | 12324-081 |

Photo Taken By:   S. Tipton, Lieutenant

Description: Photos of inmates Fackrell, following Calculated Use Of Force.



**SENSITIVE - LIMITED OFFICIAL USE**