

FACKRELL3177