


## United States Penitentiary Hazelton
### Photo Sheet

| Date: | Time of incident: | Institution: | Location of incident: |
|---|---|---|---|
| September 19, 2008 | 6:06 PM | USP Hazelton | SHU Range 3 Cell 121 |
| **Inmate Name:** | | **Inmate Number:** | |
| N/A | | N/A | |
| **Photo Taken By:** A. Mouse, Lieutenant | | | |

**Description:** Cell where Use of Force incident occurred. Cell desk removed from wall and utilized as weapon.



Government's Exhibit 32C
1:16-CR-26

*SENSITIVE ... USE*