

Government's Exhibit
34A
1:16-CR-26