

Government's
Exhibit
36A
1:16-CR-26