

Government's Exhibit 36B 1:16-CR-26