Government's
Exhibit
37A
1:16-CR-26