Government's
Exhibit
48C
1:16-CR-26E
