

Iron Cross intertwined with Swastika

Government's Exhibit
49B
1:16-CR-26