

Celtic Cross

Government's Exhibit
49C
1:16-CR-26E