

Multiple Swastikas



Bind Rune


Sigel = S


As = A


Ken = C

Government's Exhibit 49D
1:16-CR-26