

Adolph Hitler

Government's Exhibit
49E
1:16-CR-26