

Most Hated

Government's Exhibit 49F 1:16-CR-26