


Government's Exhibit
49G
1:16-CR-26