

Government's Exhibit 50A
1:16-CR-26