

Iron Cross intertwined with Swastika

Triskele

Government's Exhibit
50B
1:16-CR-26