

Government's Exhibit
50C
1:16-CR-26