


Government's Exhibit 50D
1:16-CR-26