

White Power

Government's Exhibit 50E
1:16-CR-26