


Government's Exhibit
50F
1:16-CR-26