

Image of Hitler

Government's
Exhibit
50G
1:16-CR-26