# VICTIM IMPACT STATEMENT

Victim: Leo F Johns IV (Frankie)

United States v. Christopher Cramer & Ricky Fackrell

Court Docket Number: 1:16-CR-26

I love my dad. Losing my father has impacted me in a big way because my sister, my brother and me need a father figure in their life and they deserve family who is together and not a broken family. Losing my dad has impacted me very badly. I was only 14 years of age and that's a big time for that age, that is the age of learning and knowing how to live on your own. I was missing my father figure and without a father figure it was hard to teach my self but I have a loving mom who is strong and independent and raised us three kids all on her own. My dad was a big kid. He played with us like we were buddies. I miss playing baseball, building his truck, going fishing, and watching Nascar with my dad. He made a lot of bad decisions, but he used those decisions to teach me what not to do. He never missed a birthday or holiday or any other special day. He always called and made us cards. I miss we will never get another letter from him. I have all his letters, in fact I tattooed his letter on my back. Dad would laugh. He did not get to meet my son Bennett. Bennett will never meet his grandpa.


Leo F Johns IV (Frankie)       March 13, 2018
Signature      Date

**Government's Exhibit 52L 1:16-CR-26**