

3A007