

3A002