

# UNITED STATES PENITENTIARY
# ADMINISTRATIVE MAXIMUM
# FLORENCE, COLORADO
## Evidence Photograph(s)



| Type of Incident | Cell Search / Contraband |
|---|---|
| Date and Time of Incident | 10-16-2017 / Unknown Time |
| Inmate Name / Reg. No. | Petty, Ishmael / Reg. No. 10783-042 |
| Location of Incident | ADX / C-Unit / Cell C02-206L |
| Photograph (s) By | R. Taillon / Lieutenant |
| Date and Time of Photo | 10-17-2017 / 10:25 am |
| STG Assignment | Hx of Assault-Correctional Staff / Hx of Murdering IMs |

**Additional Comments:** Homemade gas mask found in shower of cell C02-206L, occupied solely by inmate Petty, Ishmael, Reg. No. 10783-042 (photo 1 of 2).